IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TIMOTHY RESHAD MUNNERLYN,

     Appellant,

v.                                  Case No.  5D22-264
                                        LT Case No. 2019-CF-000533-A

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed May 31, 2022

3.850 Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Timothy Rashad Munnerlyn, Blountstown,
pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


HARRIS, SASSO and NARDELLA, JJ., concur.